# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CRIMINAL DOCKET NO. 3:05cr104-V

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BRIAN JEROME WISE - 14** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion to continue the captioned criminal matter from the 25 July 2005 trial term in the Charlotte Division.

The Court finds that the Defendant's case is "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," **18 U.S.C. § 3161(h)(7),** and that failure to continue this matter would result in a miscarriage of justice. **18 U.S.C. § 3161(h)(8)(B)(i).** The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the 25 July 2005 term in the Charlotte Division to the 26 September 2005 trial term.

**Signed: July 14, 2005**

Richard L. Voorhees
United States District Judge